**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SIBRIAN, an individual<br><br>Plaintiff,<br><br>v.<br><br>MYDATT SERVICES, INC., d/b/a BLOCK BY BLOCK, a corporate entity form unknown; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV 21-2865-DMG (JPRx)<br><br>**ORDER APPROVING STIPULATION TO ARBITRATE PLAINTIFF'S CLAIMS AND STAY MATTER PENDING ARBITRATION [12]** |

The Court, having considered the Joint Stipulation, and good cause appearing, orders as follows:

1. All of Plaintiff's claims shall be submitted to final and binding arbitration pursuant to the terms of the Arbitration Agreement.
2. Defendant shall bear all costs arising from the arbitral forum that are unique to the arbitral forum.
3. Absent a showing of substantial need by either party or an inability to pursue or defend certain claims, the Arbitrator shall limit discovery to (1) 25 interrogatories/document requests per party; (2) three (3) depositions per party; and (3) 15 requests for admission.
4. The Arbitrator shall issue a written arbitration award that demonstrates the basis of the award.
5. This matter (Case No. 2:21-cv-02865-DMG-JPR) is stayed and administratively closed pending the outcome of the arbitration of Plaintiff's claims. All scheduled dates and deadlines are VACATED.
6. The Court shall retain jurisdiction over the Parties to "enforce the settlement until performance in full of the terms of the settlement."
7. The Parties shall file a joint status report within 10 days after the final disposition of the arbitration to notify the Court as to the status of this action.

**IT IS SO ORDERED.**

DATED: April 29, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE